IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NAQUAN KARON HIGHT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 20-1716-CFC/JLH |
| | ) |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) ) |
| | ) |
| Defendant. | ) |

## ORDER

At Wilmington this 30th day of March 2022, having considered the Report and Recommendation by United States Magistrate Jennifer L. Hall on February 25, 2022, and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objections having been filed;

IT IS ORDERED that:

1. Magistrate Hall's Report and Recommendation (D.I. 24) is ADOPTED.

2. Plaintiff's motion for summary judgment (D.I. 14) is DENIED.

3. Defendant's motion for summary judgment (D.I. 18) is GRANTED.

4. The Clerk of Court is directed to enter judgment in favor of Defendant and to close the case.

_____
Chief Judge